BK: 2013 PG:   296
Recorded: 1/25/2013 at 12:43:48.0 PM
Fee Amount: $7.00
Revenue Tax:
LISA SMITH RECORDER
Madison County, Iowa

When Recorded Return To:
JPMorgan Chase Bank, NA
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Document Prepared By:
E.Lance/NTC, 2100 Alt. 19
North, Palm Harbor, FL
34683 (800)346-9152

Loan # ███████████

███████████

## ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203,
telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IRWIN MORTGAGE
CORPORATION, ITS SUCCESSORS AND ASSIGNS PO BOX 2026, FLINT, MI, 48501 by these presents does
convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights
due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS
700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS,
(ASSIGNEE).

Said Mortgage dated 04/29/2005, executed by NANCY J. TOMLINSON AND DALE L. TOMLINSON (grantor) to
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IRWIN MORTGAGE
CORPORATION (grantee) and recorded in Book 2005, Page 1982, and/or Document # 2005 1982 in the office of the
Recorder of MADISON County, State of Iowa. .

Dated on ___01 / 1 / 11___ /2013 (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IRWIN MORTGAGE
CORPORATION, ITS SUCCESSORS AND ASSIGNS



By: _____
ASST. SECRETARY

STATE OF LOUISIANA   PARISH OF OUACHITA
On ___01 / 1 / 11___ /2013 (MM/DD/YYYY), before me appeared _Sherika A Ksf_____ to me
personally known, who did say that he/she/they is/are the ASST. SECRETARY of MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IRWIN MORTGAGE CORPORATION, ITS SUCCESSORS
AND ASSIGNS and that the instrument was signed on behalf of the corporation (or association), by authority from its
board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or
association).

_____
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

███████ - @ CHASE CJ4527060  MIN ███████████████████

Document 2018 2726

Book 2018 Page 2726 Type 05 001 Pages 2
Date  8/21/2018  Time  2:42:53PM
Rec Amt $12.00                           INDX
                                         ANNO
                                         SCAN

LISA SMITH, COUNTY RECORDER           CHEK
MADISON COUNTY IOWA

PREPARED BY: JANICE GARRISON, JPMORGAN CHASE BANK, N.A., 780 KANSAS LANE, MONROE, LA 71203, PH. (800) 401-6587

WHEN RECORDED MAIL TO: ATTN: ASSIGNMENT DEPARTMENT, JPMORGAN CHASE BANK, N.A. C/O FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402

# IOWA
COUNTY OF MADISON
LOAN NO.: 1960415524 [FNMA BAYVIEW AUG 2018]

## ASSIGNMENT OF REAL ESTATE MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: That for good and valuable consideration, the receipt of which is hereby acknowledged, **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** located at **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, Assignor, does by these presents grant, bargain, assign, transfer, and set over unto **BAYVIEW LOAN SERVICING, LLC** located at **4425 PONCE DE LEON BLVD., CORAL GABLES, FL 33146**, Assignee, its successors and assigns, all Assignor's right, title, and interest in and to that certain Mortgage dated **APRIL 29, 2005**, executed by **NANCY J TOMLINSON AND DALE L TOMLINSON, WIFE AND HUSBAND**, Mortgagor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IRWIN MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, and recorded in the Office of the County Recorder for MADISON County, State of IOWA, in Book 2005 at Page 1982 as Document No. 2005 1982.

**AS DESCRIBED IN SAID MORTGAGE**

TO HAVE AND TO HOLD the same unto the party of the second part, its successors and assigns, forever, subject only to the provisions in the said indenture of mortgage contained. TOGETHER WITH all rights accrued or to accrue under said Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this 08|10|2018 .

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

Name: _Charlotte Russ_
Title: **VICE PRESIDENT**

(seal: JPMorgan Chase Bank, National Association — CORPORATE SEAL — JPMorganChase)

MIN: 100013900795431380
MERS PHONE: 1-888-679-6377

**STATE OF LOUISIANA**      **PARISH OF OUACHITA**      ) ss.

On _08|10|2018_, before me appeared _Charlotte Russ_, to me personally known, who, being by me affirmed, did say that he is the _VICE PRESIDENT_, of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed in behalf of the entity by authority of its Board of Directors and that _Charlotte Russ_ acknowledged the instrument to be the free act and deed of the entity.

_Angela Ruth Payne_ (COMMISSION EXP. _Lifetime_ )
NOTARY PUBLIC
ID OR BAR ROLL NUMBER: _60422_

ANGELA RUTH PAYNE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 60422

Page 2 of 2